**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Santiago Agustin GARZA,**
**Defendant–Appellant.**

**No. 04–41519**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 26, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Santiago Agustin Garza, Big Spring, TX, pro se.

Larry Chris Iles, Rockport Mail Center, Rockport, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Court appointed counsel for Santiago Agustin Garza has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garza has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED. Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.